# Court of Appeals
## Tenth Appellate District of Texas

10-25-00078-CV

In re J.M.

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

On December 30, 2024, because Relator's notice of appeal was untimely filed, we dismissed his direct appeal from the trial court's judgment terminating his parental rights to his children for want of jurisdiction. *In re J.M.*, No. 10-24-00372-CV, 2024 WL 5242680, at *2 (Tex. App.—Waco Dec. 30, 2024, no pet. h.) (mem. op.). On March 10, 2025, Relator filed an "Application for Writ of Habeas Corpus" in this Court requesting that we consider the merits of his untimely-filed direct appeal based on principles of due process and that we reverse the trial court's termination order. *See* U.S. CONST. amend. XIV; TEX. CONST. art. I, § 19.[1]

---

[1] To the extent that Relator's pleading could be construed as a motion for rehearing on the judgment dismissing his direct appeal in cause number 10-24-00372-CV, his motion for rehearing would be untimely filed. *See* TEX. R. APP. P. 49.1.

Our original habeas corpus jurisdiction is limited to cases in which a person's liberty is restrained because the person has violated an order, judgment, or decree previously entered by the court in a civil case. *See* TEX. GOV'T CODE ANN. § 22.221(d). Because the relief sought does not fall within the limited scope of our original habeas corpus jurisdiction, we dismiss this original proceeding for want of jurisdiction.

_____

STEVE SMITH
Chief Justice

OPINION DELIVERED and FILED: March 27, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
OT06

